DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DETHRICE KYLES,**
Appellant,

v.

**KM MHC, LLC, et al.,**
Appellee.

No. 4D21-197

[March 11, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McCarthy, Judge; L.T. Case No. COCE18-007229; CACE19-022682.

Dethrice Kyles, Davie, pro se.

Shawn D. Arbeiter of Hinden, McLean & Arbeiter, P.A., for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN, and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*